BLANCHE MARQUIS, complainant-appellant,

*v.*

LEONARD J. MARQUIS, defendant-respondent.

[Decided January 22d, 1937.]

*Mr. George S. Silzer,* for the appellant.

*Mr. Samuel Tartalsky,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Advisory Master Rogers.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BODINE, PERSKIE, HETFIELD, WELLS, WOLFSKEIL, COLE, JJ. 9.

*For reversal*—CASE, HEHER, DEAR, RAFFERTY, JJ. 4.